IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY

| | |
|---|---|
| CAPITAL ONE BANK USA NA<br>6356 Corley Rd<br>Norcross GA 30071<br><br>PLAINTIFF<br><br>vs.<br><br>NANCY M JACOBS<br>12903 Summit Ridge Ter<br>Germantown Maryland 20874<br><br>DEFENDANT | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | FILED ___ ENTERED<br>LODGED ___ RECEIVED<br><br>AUG 0 4 2011<br><br>AT GREENBELT<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY ___ DEP<br><br>Case No.: 349801-V |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE OF DISMISSAL

Please dismiss the above case.

**X** with prejudice

____ without prejudice

                                        Respectfully Submitted,
                                        Peroutka & Peroutka P.A.

                                        By:_____
                                        Stephen G. Peroutka #1114  Michael A. Peroutka
                                        Scott T. Whiteman      Sean P. Daly
                                        8028 Ritchie Hwy, Ste 300
                                        Pasadena MD 21122
                                        (800) 899-2424  10-65217-0

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this July 20, 2011, a copy of this Motion was mailed to Nancy M Jacobs, 12903 Summit Ridge Ter , Germantown, Maryland 20874.

                                        _____
                                        Peroutka & Peroutka P.A.

This communication is from a debt collector.

'EXHIBIT A'

Hasler
FIRST-CLASS MAIL
US POSTAGE $00.44
ZIP 21122
01 10 1266116

Nancy M Jacobs
12903 Summit Ridge Ter
Germantown, Maryland 20874

Peroutka & Peroutka P.A.
Attorneys At Law
8028 Ritchie Highway ◆ Suite 300
Pasadena, MD 21122

'EXHIBIT A'